UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NXIVM CORPORATION et al.,

                        Plaintiffs,              1:05-cv-1546
                                                       (GLS/RFT)

       v.

JOSEPH J. O'HARA et al.,

                        Defendants.
_____

## ORDER

Pending before the court is the motion of plaintiffs Clare W. Bronfman and Sara R. Bronfman ("the Bronfmans") seeking Rule 11 sanctions against defendant *pro se* Joseph J. O'Hara. (*See* Dkt. No. 128.) The Bronfmans contend, among other things, that O'Hara violated Rule 11(b)(1) and (3) by filing his response to their motion for summary judgment, (*see* Dkt. No. 122), which contained "malicious and scurrilous attacks . . . that serve no legitimate purpose in this litigation." (Dkt. No. 128, Attach. 1. at 6, 10.) O'Hara has not filed any response to the motion. After carefully reviewing the Bronfmans' arguments, the court deems the requested sanctions inappropriate, and, therefore, denies the motion.

      **ACCORDINGLY**, it is hereby

**ORDERED** that the Bronfmans' motion (Dkt. No. 128) is **DENIED**;

and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

June 22, 2012
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court